**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                               : Chapter 13

Young, Robert M.
Young, Frances
    Debtors

                              :           17-10922

**CERTIFICATE OF SERVICE OF
DEBTOR'S AMENDED CHAPTER 13 PLAN**

     I certify that on September 16, 2017 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtors' petition were served a copy of the Debtors' Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: September 16, 2017

                                    "/s/"Mitchell J. Prince
                                  John L. McClain, Esquire
                                  Mitchell J. Prince, Esquire
                                  Attorneys for debtors

John L. McClain and Associates
PO Box 123
Narberth, PA 19072