*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert M. Young and Frances Young

    Debtor(s)

Case No: 17–10922–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of Filed by REBECCA ANN SOLARZ on behalf of Deutsche Bank National Trust Company, As Trustee Et Al..

on: 6/19/18

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/7/18

Timothy B. McGrath
Clerk of Court

46 – 44
Form 167