United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                      Case No. 17-10922-elf
Robert M. Young                                             Chapter 13
Frances Young
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Pamela          Page 1 of 1          Date Rcvd: Jun 07, 2018
                              Form ID: 167          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2018.
db/jdb        +Robert M. Young,    Frances Young,   1032 Flanders Road,    Philadelphia, PA 19151-3012
cr            +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2018 at the address(es) listed below:
          JOHN L. MCCLAIN    on behalf of Debtor Robert M. Young aaamcclain@aol.com,   edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Frances  Young aaamcclain@aol.com,
           edpabankcourt@aol.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
           for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, Mortgage Pass-Through Certificates, Series
           2006-HE4 bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
           Al... bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
           Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, Mortgage Pass-Through Certificates, Series
           2006-HE4 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robert M. Young and Frances
Young

        Debtor(s)

Case No: 17–10922–elf

Chapter: 13

---

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of Filed by REBECCA ANN SOLARZ on
behalf of Deutsche Bank National Trust Company, As Trustee Et
Al..

        on: 6/19/18

        at: 09:30 AM

        in: Courtroom #1, 900 Market Street, Philadelphia, PA
        19107

For The Court

Date:  6/7/18

Timothy B. McGrath
Clerk of Court