# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                             Chapter 13

                                                             Bankruptcy No. 17-10922-ELF

ROBERT M. YOUNG
FRANCES YOUNG
1032 FLANDERS ROAD

PHILADELPHIA, PA 19151

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ROBERT M. YOUNG
    FRANCES YOUNG
    1032 FLANDERS ROAD

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                                                                     /S/ William C. Miller

Date: 4/30/2019                                                  _____

                                                                    William C. Miller, Esquire
                                                                    Chapter 13 Standing Trustee